UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DORN SMITH,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No.: 22cv1284-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND TO AGENCY PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT**<br><br>**[ECF NO. 15]** |

　　　　On August 30, 2022, Plaintiff filed a complaint in this matter seeking judicial review of the denial of his application for "Disability Insurance Benefits under Title II of the Social Security Act, 42 U.S.C. Section 416(I) and 423, respectively." ECF No. 1.

　　　　On January 9, 2023, the parties filed a Joint Motion for Voluntary Remand. ECF No. 15. The parties seek to have the matter remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. Id. at 1. In support, the parties state that "[u]pon remand, the agency will vacate the Administrative Law Judge's (ALJ) decision and remand the case to the ALJ to re-evaluate the evidence and issue a new decision." Id.

　　　　Based upon the parties' Joint Motion for Voluntary Remand to Agency Pursuant to

Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment, and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Motion to Remand. The Court **DIRECTS** the Clerk of Court to enter judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner, and to terminate this action in its entirety.

**IT IS SO ORDERED**.

Dated: 1/9/2023

Hon. Barbara L. Major
United States Magistrate Judge