

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Dorn Smith | |
| | Civil Action No.   22-cv-1284-BLM |
| **Plaintiff,** | |
| V. | |
| Kilolo Kijakazi, | **JUDGMENT IN A CIVIL CASE** |
| Commissioner of Social Security Administration | |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Based upon the parties' Joint Motion for Voluntary Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Motion to Remand. The judgment is in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner, and to terminate this action in its entirety. Case is closed.

| | |
|---|---|
| Date:   1/10/23 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By:  s/  L. Sotelo |
| | L. Sotelo, Deputy |